# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE PEDROZA,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; RAUL LOPEZ; CECIL MANGRUM; DETECTIVE CARBAJAL #37472; AND DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO. CV 21-5012-GW-DFMx**<br>*Hon. George H. Wu, Ctrm. 9D, 9th Fl.*<br>*Mag. Douglas F. McCormick, Ctrm. 6B, 6th Fl.*<br><br>**JUDGMENT**<br><br>Trial Date: June 30, 2022 |

## **JUDGMENT**

On June 30, 2022, the foregoing matter was called for trial in Courtroom "9D" of the United States District Court, Central District of California. The Honorable George H. Wu, was presiding. Plaintiff JOSE PEDROZA, was present and represented by Brian T. Dunn and Edward M. Lyman, III. Defendants RAUL LOPEZ, CECIL MANGRUM, and ERNESTO CARBAJAL were present and represented by Deputy City Attorney Surekha A. Shepherd.

On June 30, 2022, a jury of eight persons was impaneled and sworn. Evidence, including the sworn testimony of all three Defendants, was presented on June 30, 2022, July 5, 2022, and July 6, 2022. On July 6, 2022, the jury returned unanimous verdicts as follows:

## JUDGMENT ON SPECIAL VERDICT

WE, THE JURY in the above-entitled action, unanimously find as follows on the questions submitted to us:

### CLAIM FOR FABRICATION OF EVIDENCE

**QUESTION NO. 1:**

Did Plaintiff Jose Pedroza prove by a preponderance of the evidence that one or more of the Defendant Officers fabricated evidence which caused him to be prosecuted for violating California Penal Code Section 211?

| | | | |
|---|---|---|---|
| Raul Lopez | _____ YES | __X__ NO |
| Cecil Mangrum | _____ YES | __X__ NO |
| Ernesto Carbajal | _____ YES | __X__ NO |

*If you answered "**Yes**" to this Question as to one or more of the Defendants, please go to Question No. 2.*

*If you answered "**No**" to this Question as to all Defendants, please go to Question No. 3.*

///
///
///
///

2

**QUESTION NO. 2:**

Was any Defendant's fabrication of evidence a cause of harm to Plaintiff Jose Pedroza?

        Raul Lopez         _____ YES      _____ NO
        Cecil Mangrum    _____ YES      _____ NO
        Ernesto Carbajal   _____ YES      \_\_\_\_\_ NO

*Please go to Question No. 3*

### CLAIM FOR UNDULY SUGGESTIVE IDENTIFICATION

**QUESTION NO. 3:**

Did Plaintiff prove by a preponderance of the evidence that Mr. Landaverde's identification of Plaintiff from the six pack was the result of an impermissibly suggestive identification procedure created by Defendant Lopez and/or Defendant Carbajal?

    Raul Lopez        _____ YES    __X__ NO
    Ernesto Carbajal  _____ YES    __X__ NO

*If you answered "**Yes**" to as to one or both of the Defendants in response to Question No. 3, go to Question No. 4.*

*If you answered "**No**" as to both Defendants, please sign and date this verdict form.*

///

///

**QUESTION NO. 4**:

Was the identification of Plaintiff by Mr. Landaverde reliable based on the totality of the circumstances?

          _____ YES          _____ NO

*If you answered "**Yes**" to Question No. 4, please sign and date the Verdict Form.*
*If you answered "**No**" to Question No. 4, please go to Question No. 5.*

**QUESTION NO. 5:**

Was any Defendant's use of an unduly suggestive identification procedure a cause of harm to Plaintiff Jose Pedroza?

          Raul Lopez          _____ YES          _____ NO
          Ernesto Carbajal     _____ YES          _____ NO

*Please sign and date the Verdict Form.*

**DATE AND SIGNATURE OF FOREPERSON**

DATED: _____          _____/S/_____
                                                                FOREPERSON OF THE JURY

          Prior to the filing of the summary judgment, this Court dismissed Plaintiff's Third and Seventh causes of action. (PACER Nos. 20 and 28). In response to the Defendants' Motion for Summary Judgment, Plaintiff filed a Notice of Non-Opposition as to his Fourth, Sixth and Eighth Causes of Action. (PACER No. 41). As

4

a result, the City of Los Angeles was no longer a party to this litigation at the time of trial.

On May 16, 2022, this Court granted the Defendants' Motion for Summary Judgment as to Plaintiff's Fifth Cause of Action-Conspiracy (PACER Nos. 46 and 63). By reason of the above-referenced verdicts, Defendants RAUL LOPEZ, CECIL MANGRUM, and ERNESTO CARBAJAL are entitled to judgment against Plaintiff JOSE PEDROZA.

Now, therefore, it is ORDERED, ADJUDGED AND DECREED that Plaintiff JOSE PEDROZA, recover nothing by reason of each and all of his claims as set forth in the Complaint against RAUL LOPEZ, CECIL MANGRUM, and ERNESTO CARBAJAL. Defendants RAUL LOPEZ, CECIL MANGRUM and ERNESTO CARBAJAL shall recover their costs in accordance with Local Rule 54. Defendants may also seek attorneys' fees pursuant to 42 U.S.C. Section 1988, if they elect to do so.

**JUDGMENT IS HEREBY ENTERED IN FAVOR OF ALL DEFENDANTS ON ALL CLAIMS.**

**IT IS SO ORDERED.**

DATED: July 11, 2022

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE